# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that River Lord, Bar # 403816, was duly admitted to practice in this Court on 02/06/2023, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 02/07/2023
*(Location)* *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*