# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| Trinity Faire, LLC, an Arizona limited liability company, and Steven and Anne Bever, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>America's Collectibles Network, Inc., dba Jewelry Television, a Tennessee corporation,<br><br>    Defendant.<br><br>America's Collectibles Network, Inc., dba Jewelry Television, a Tennessee corporation,<br><br>    Counterclaim-Plaintiff,<br><br>vs.<br><br>Trinity Faire, LLC an Arizona limited liability company, and Anne Bever, individually,<br><br>    Counterclaim-Defendants. | Case No. 3:22-cv-00417-CLC-DCP |

## NOTICE OF WITHDRAWAL OF COUNSEL, ANDREA S. TAZIOLI AND MICHAEL MCCANSE BY PLAINTIFFS/COUNTERCLAIM-DEFENDANTS TRINITY FAIRE, LLC, STEVEN BEVER, AND ANNE BEVER

Pursuant to L.R. 83.4(f), Plaintiffs/Counterclaim-Defendants Trinity Faire, LLC and Anne and Steve Bever (collectively, "Plaintiffs/Counterclaim-Defendants") provide this notice of withdrawal of Andrea S. Tazioli ("Ms. Tazioli") and Michael McCanse ("Mr. McCanse") as pro hac vice counsel of record for Plaintiffs/Counterclaim-Defendants in this case.

Ms. Tazioli and Mr. McCanse are no longer associated with KW Law, LLP or Mark Williams, lead counsel on this matter. Effective September 21, 2023, Ms. Tazioli and

1

Case 3:22-cv-00417-CLC-DCP   Document 83   Filed 09/21/23   Page 1 of 3   PageID #: 309
#60119.1

Mr. McCanse are withdrawing from this case as Trinity Faire is no longer in need of the services of Ms. Tazioli and Mr. McCanse as additional counsel in this matter. Mark Williams of KW Law, LLP and Kevin T. Elkins of Epstein Becker & Green, P.C. will remain as counsel of record for Plaintiffs/Counterclaim-Defendants.

Respectfully submitted,

/s/ *Andrea S. Tazioli*
Andrea S. Tazioli (admitted *pro hac vice*)
Michael A. McCanse (admitted *pro hac vice*)
NCP LAW, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
Phone: 602-428-3010
Email: andrea@ncplawyers.com
mike@ncplawyers.com

/s/ *Mark Williams*
Mark Williams (admitted *pro hac vice*)
6122 7th St., Suite D
Phoenix, AZ 85014
Phone: 602.907.3459
Email: mark@kwlaw.co

/s/ *Kevin T. Elkins*
Kevin T. Elkins (Tenn. BPR # 033280)
EPSTEIN BECKER & GREEN, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
Phone: 615-564-6060
Email: kelkins@ebglaw.com
*Counsel for Plaintiffs/Counterclaim-Defendants*

2

#60119.1

# CERTIFICATE OF SERVICE

I certify that on date, the foregoing document was filed electronically with the Clerk of the Court using the court's CM/ECF system on September 21, 2023 which is expected to send notification of such filing to all counsel of record:

John T. Winemiller (TN No. 021084)
Ian G. McFarland (TN No. 030549)
Merchant & Gould P.C.
800 S. Gay Street, Suite 2150
Knoxville, TN 37929
865.380.5960
612.332.9081 (fax)
jwinemiller@merchantgould.com
imcfarland@merchantgould.com

River E. Lord (*pro hac vice*)
Merchant & Gould P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (facsimile)
RLord@merchantgould.com

Mark Williams (admitted *pro hac vice*)
KW LAW, LLP
6122 7th St., Suite D
Phoenix, AZ 85014
602.907.3459
mark@kwlaw.co

Kevin T. Elkins (TN BPR No. 033280)
Epstein Becker & Green, P.C.
1222 Demonbreun St., Suite 1400
Nashville, TN 37203
(615)-564-6060
kelkins@ebglaw.com

    s/ Andrea S. Tazioli
*Counsel for Plaintiff/Counterclaim-Defendants*
*(Admitted pro hac vice)*